UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROLYN S. SIMMONS,

    Plaintiff,

vs.                               Case No. 3:08-cv-393-J-HTS

MICHAEL ASTRUE,
U.S. Commissioner
of Social Security,

    Defendant.

_____

## **O R D E R**[1]

This cause is before the Court on the Motion for Entry of Judgment with Remand (Doc. #13; Motion).  Defendant requests that the case be remanded "to schedule a supplemental hearing before an Administrative Law Judge (ALJ) to obtain testimony from a vocational expert and allow the claimant to testify and present additional evidence."  Motion at 1.

The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial review of benefit determinations) and § 1383(c)(3) (incorporating provisions of section 405 with respect to judicial review of supplemental security income determinations)[.]"  *Id.* at

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge.  Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #9).

2. It is represented counsel for Plaintiff has no objection to the Motion, *see id.* at 1, and such a disposition is clearly within the Court's authority. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #13) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g), and as incorporated by 42 U.S.C. § 1383(c)(3), with instructions "to schedule a supplemental hearing before an [ALJ] to obtain testimony from a vocational expert and allow the claimant to testify and present additional evidence." Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of December, 2008.

/s/            Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
     pro se parties, if any